## VIRGINIA IRON COAL & COKE COMPANY
v.
### Wesley FOUST et al.

Court of Appeals of Kentucky.

Sept. 16, 1955.

Rehearing Denied Nov. 4, 1955.

Bruce Stephens, Jr., Hazard, for appellant.

Napier & Napier, Hazard, for appellee.

### PER CURIAM.

This case is before us on motion for an appeal under KRS 21.060. The judgment involved is in the amount of $1,000 for the breach of a mining lease and work done by the lessees thereunder.

We are of the opinion that there is sufficient evidence in the record to sustain the verdict and judgment, so the motion for an appeal is overruled and the judgment is affirmed.

### George McCLELLAN, Appellant,
v.
### Lucy McCLELLAN, Appellee.

Court of Appeals of Kentucky.

June 17, 1955.

Rehearing Denied Nov. 4, 1955.

William G. Reed, Carrollton, for appellant.

John T. Fowler, Louisville, for appellee.

### PER CURIAM.

Motion for an appeal from a judgment directed in favor of appellee, Lucy McClellan, for $920 on a claim against appellant, George McClellan. We have read the record and the briefs and we conclude appellant was properly summoned in Jefferson County, so that the entry of the judgment under the circumstances was not error.

The motion for appeal is overruled and the judgment is affirmed.

### DIXIE TRANSPORT COMPANY, Inc., Appellant,
v.
### James MADDOX, Appellee.

Court of Appeals of Kentucky.

Oct. 7, 1955.

James F. Clay, Danville, Stoll, Keenon & Park, Lexington, for appellant.

Yancey, Martin & Ockerman, Lexington, Jackson D. Guerrant, Danville, for appellee.

### PER CURIAM.

Motion for an appeal from a judgment of the Boyle Circuit Court, K. S. Alcorn, Judge, which was entered upon a verdict awarding appellee the sum of $1,000 for damages sustained as a result of a collision involving the motor vehicles owned by the parties to this action. The facts, questions raised, authorities cited, and applicable law have been carefully considered by the court, and we find no prejudicial error.

The motion for an appeal is overruled and the judgment stands affirmed.